UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Adrianne Summers,

        Plaintiff,

v.

Corning Community College,
Katherine Douglas in her official and individual capacity,
Nanette Nicholas in her official and individual capacity,
Jeffrey Miller in his official and individual capacity,
Don Heins in his official and individual capacity,
Jennifer Simmons in her official and individual capacity,
Jessica Benninger in her official and individual capacity,
Nancy Latour in her official and individual capacity, and
Kesha Davis in her official and individual capacity,

        Defendants.



**STIPULATION OF DISMISSAL WITH PREJUDICE**

Civil Action No. 15-cv-6724
(EAW)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties indicated, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, dismissed in its entirety as to all Defendants, with prejudice, without interest, costs, attorneys' fees, expenses or disbursements to any party as against another. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: March 11, 2016

MARSH LAW FIRM PLLC

By:/s/ James R. Marsh
    James R. Marsh, Esq.
*Attorneys for Plaintiff Adrianne Summers*
151 East Post Road
Suite 102
White Plains, New York 10601
Telephone: 212.372.3030
Facsimile: 212.372.3030
Email: jamesmarsh@marshlaw.us

BOND, SCHOENECK & KING, PLLC

By:/s/ Laura H. Harshbarger
    Laura H. Harshbarger, Esq.
*Attorneys for Defendant Corning Community College*
One Lincoln Center
Syracuse, New York 13202
Telephone: 315.218.8000
Facsimile: 315.218.8100
Email: lharshbarger@bsk.com

**SO ORDERED**

ELIZABETH A. WOLFORD
United States District Judge

Date: 3-14-16